IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS F. WALDT, et al.            *

    Plaintiffs
                                  *

v.                                 Civil No. WMN-97-3917
                                 *

KOMATSU AMERICA INDUSTRIES CORP.,
and KOMATSU INDUSTRIES CORP.   *

    Defendants            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
<u>UNITED STATES EMBASSY, TOKYO</u>**

Upon the application of the parties in the above action, plaintiff Thomas F. Waldt and defendants Komatsu Industries Corp. and Komatsu America Industries Corp., and pursuant to Article 17 of the United States - Japan Consular Convention:

It is ordered that the deposition on notice of the following witness, who will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

    Mr. Kimio Takasu,
    Assistant to Manager,
    Komatsu, Ltd.,
    Overseas Sales Group,
    Engineering Division,
    Industrial Machinery Division,

commencing on or about Friday, July 14, 2000, at 9:00 a.m. and terminating on or about Friday, July 14, 2000, at 5:00 p.m., and to mark any documentary exhibits in connection therewith.

Counsel for defendants who will participate in said depositions is H. Bruce Dorsey of the firm of Piper Marbury Rudnick & Wolfe LLP of Baltimore, Maryland; and counsel for plaintiff who will participate in said depositions are Yasuhiko Nishiyama and Ryo Okuyama of the firm of Logan, Takashima & Nemoto of Tokyo, Japan. The proceedings will be reported by a Japanese court reporter or stenographer to be selected by mutual agreement of the parties prior to the deposition. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

                                                /s/ William M. Nickerson  
                                                William M. Nickerson  
                                                United States District Judge  
                                                United States District Court for the District  
                                                of Maryland

                                                              SEAL

Dated    5/17/00

Balt2:401903:1:5/17/00
20696-2