IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS F. WALDT, individually; and :
THOMAS F. WALDT and
NANCY WALDT, as husband and wife, :

      Plaintiffs, :

      v.     : Civil Action No. WMN 97-3917

KOMATSU AMERICA INDUSTRIES CORP.,
  a body corporate,
                             :
  and
                             :
KOMATSU INDUSTRIES CORP.,
  a body corporate, :

      Defendants. :

                             :

## ORDER OF COURT

The motion of plaintiff for an extension of time in which to respond to defendants' motion for summary judgment having been read and considered, it is, this 24th of January, 2001,

ORDERED, that the motion BE and the same hereby IS GRANTED, and it is further,

ORDERED, that plaintiff shall have until February 23, 2001, in which

LAW OFFICES
**VERDERAIME
& DuBois, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

to file a response to defendants' motion for summary judgment, all subject to the further order of this Court.

_____
William M. Nickerson,
U. S. District Judge

LAW OFFICES
**VERDERAIME
& DUBOIS, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

2