FILED
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| THOMAS WALDT, <u>et al.</u> | : | 2001 SEP 10 P 4: 07 |
| | : | |
| v. | : | Civil Action No. WMN-97-3917 |
| | : | AT BALTIMORE |
| KOMATSU AMERICA INDUSTRIES, | : | _____DEPUTY |
| CORP., <u>et al.</u> | : | |

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 10th day of September, 2001, by the United States District Court for the District of Maryland, ORDERED:

1.  That Defendants' Motion for Withdrawal of Deemed Admission (Paper No. 28), is hereby GRANTED;

2.  That Defendants' Motion for Summary Judgment (Paper No. 22) is hereby GRANTED;

3.  That Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED in part and DENIED in part, in that, the motion is GRANTED insofar as it seeks to add Marubenu Plant & Equipment Co. and Kamigumi Co., Ltd. as party defendants, but is DENIED in all other aspects;

4.  That the complaint is deemed amended as set forth above as of the date of this Order;

5.  That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge