IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| Thomas F. Waldt, individually and Nancy Waldt, as husband and wife,<br><br>Plaintiffs,<br><br>V.<br><br>Komatsu America Industries Corp., a body corporate and Komatsu Industries Corp., a body corporate, and Marubeni Plant & Equipment Co., a body corporate and Kamigumi Co., a body corporate,<br><br>Defendants. | C.A. NO. WMN-97-3917 |

**PLAINTIFFS, THOMAS F. WALDT AND NANCY WALDT'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS MARUBENI PLANT & EQUIPMENT CO. AND KAMIGUMI CO.**

Plaintiffs, Thomas F. Waldt and Nancy Waldt, file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) to voluntarily dismiss without prejudice their Amended Complaint against Marubeni Plant & Equipment Co. and Kamigumi Co.

1. Thomas F. Waldt and Nancy Waldt are Plaintiffs. Komatsu America Industries Corp. and Komatsu Industries Corp. and Marubeni Plant & Equipment Co. and Kamigumi are Defendants.

2. On September 10, 2001, the Court granted the Motion for Summary Judgment filed on behalf of Defendants Komatsu America Industries Corp. and Komatsu Industries Corp.

3. On September 10, 2001, the Court also granted, in part, Plaintiffs' Motion for

1

Leave to File an Amended Complaint insofar as it sought to add Marubeni Plant & Equipment Co. and Kamigumi Co. as party defendants.

4.  Defendants, Marubeni Plant & Equipment Co. and Kamigumi Co. have not been served with process and have not filed an answer or a motion for summary judgment.

5.  This case is not a class action, and a receiver has not been appointed.

6.  This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7.  Plaintiffs, Thomas F. Waldt and Nancy Waldt, have not dismissed an action based on or including the same claim or claims as those presented in this suit.

8.  This voluntary dismissal of Defendants, Marubeni Plant & Equipment Co. and Kamigumi Co. is without prejudice.

Respectfully submitted,

*E. David Hoskins* (signature)
E. David Hoskins
Federal Bar No. 06705
The Law Offices of E. David Hoskins, LLC
400 E. Pratt Street, Suite 800
Baltimore, Maryland 21202
Tel.   (410) 662-6500
Fax    (410) 662-7800

ATTORNEY FOR:

Plaintiffs, Thomas F. Waldt and Nancy Waldt

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing by U.S. Mail to H. Bruce Dorsey, attorney in charge for Defendants, Komatsu America Industries Corp. and Komatsu Industries Corp., whose address is

>Piper Marbury Rudnick & Wolfe, LLP
>6225 Smith Avenue
>Baltimore, Maryland 21209-3600
>(410) 580-3000,

on October 11, 2001.

_____
E. David Hoskins